IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WICK P. MALONE                                                                      PLAINTIFF

VS.                                                                                 NO. 1:05CV096-WAP-JAD

WAL-MART STORES, INC.                                                               DEFENDANT

### ORDER

    The undersigned United States District Judge, W. Allen Pepper, Jr., on his own motion, hereby RECUSES himself from this cause.

    The Clerk of the Court is directed to re-assign this cause to another United States District Judge.

    ORDERED and ADJUDGED this, the 11th day of April 2005.

                                             /s/ W. Allen Pepper, Jr.
                                             W. ALLEN PEPPER, JR.
                                             UNITED STATES DISTRICT JUDGE